**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Jimmie Dale Wheeler v. MTGLQ Investors, L.P. and New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing |
| Appellate case number: | 01-18-00866-CV |
| Trial court case number: | 2016-88326 |
| Trial court: | 125th District Court of Harris County |

The record in this appeal was due in this Court on November 14, 2018. *See* TEX. R. APP. P. 35.1(a). A clerk's record was filed on December 4, 2018; however, a reporter's record has not been filed.

On November 16, 2018, the Clerk of this Court notified appellant that the court reporter responsible for preparing the reporter's record had not filed a reporter's record because appellant had not requested preparation of a reporter's record or had not paid, or made arrangements to pay, the fee for preparation of the record. *See* TEX. R. APP. P. 37.3(c). The Clerk further notified appellant that unless he provided written evidence that he had paid, or made arrangements to pay, for the reporter's record, or provided proof that he is entitled to proceed without payment of costs by December 17, 2018, the Court might consider the appeal without a reporter's record. *See id.* Appellant responded by filing a motion to extend time to file his brief.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* Appellant's motion to extend time is **granted**. **Appellant's brief is due to be filed no later than February 2, 2019.** *See id.* 38.6(a), (d).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
☑ Acting individually  ☐ Acting for the Court

Date: ___January 8, 2019___